

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton                                                                                          312-435-5670
Clerk

Date: 12/5/23

**David Lee Gulbransen , Jr**
Law Office Of David Gulbransen
805 Lake Street  Suite 172
Oak Park, IL 60301

Re: DF, LLC v. Partnerships and Unincorporated Associations Identified on Schedule A
USDC Case Number: 23cv16459
Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received.  Additional information is required for the completion of reports that are forwarded by this office to the Registrar of Patents/Trademarks.

The following additional information is required:

| PATENT OR TRADEMARK NUMBER | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/  N. Finley-Rhodes
Deputy Clerk

Rev. 11/18/2016